**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7299

MAURICE BERNARD STEWART, JR.,

Plaintiff - Appellant,

versus

DOCTOR MANGER; NURSE MANGES; OTHER UNKNOWN
NAMED NURSE; EMPLOYEES OF PRISON HEALTH
SERVICES, in their official & personal
capacities, Western Correctional Institution;
NURSE KALANUT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-2169-1-JFM)

Submitted:  December 17, 2003          Decided:  February 20, 2004

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice Bernard Stewart, Jr., Appellant Pro Se.  Conrad Whiting
Varner, Frederick William Goundry, III, VARNER & GOUNDRY,
Frederick, Maryland; Donald Joseph Crawford, ALDELMAN, SHEFF &
SMITH, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Bernard Stewart, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stewart v. Manger, No. CA-02-2169-1-JFM (D. Md. July 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED